**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000712
15-DEC-2022
08:03 AM
Dkt. 33 OAWST

NO. CAAP-21-0000712

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HSBC BANK USA, N.A., AS TRUSTEE FOR ELLINGTON LOAN ACQUISITION
TRUST 2007-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2,
Plaintiff-Appellant, v. MARC CARLTON MOESSNER;
DEBRA LYNN MOESSNER; MAUI COLLECTION SERVICE, INC.;
FIA CARD SERVICES, N.A., Defendants-Appellees, and
JOHN AND MARY DOES 1-20; DOE PARTNERSHIPS, CORPORATIONS or
OTHER ENTITIES 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CC161000126)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, McCullen and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal with Prejudice, filed October 11, 2022, by Plaintiff-
Appellant HSBC Bank USA, N.A., as Trustee for Ellington Loan
Acquisition Trust 2007-2, Mortgage Pass-Through Certificates,
Series 2007-2, the papers in support, and the record, it appears
that: (1) the appeal was docketed on January 14, 2022; (2) the
parties stipulate to dismiss the appeal with prejudice and bear
their own attorneys' fees and costs, under Hawaiʻi Rules of

Appellate Procedure Rule 42(b); and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, December 15, 2022.

/s/ Keith K. Hiraoka
Presiding Judge

/s/  Sonja M.P. McCullen
Associate Judge

/s/  Derrick H.M. Chan
Associate Judge